# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

128760 & (8)(13)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                      SC: 128760
                                                       COA: 260672
                                                       Saginaw CC: 04-024186-FH
CHRISTOPHER JOHN HICKS,
            Defendant-Appellant.

_____/

        The application for leave to appeal the April 26, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to extend time and to add issues are DENIED. The motion for appointment of counsel in this Court is DENIED as moot.



        I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

d0919                                                  Clerk